IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELYN F. EWING,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 1:18-CV-00386-SPB<br>) |
| ERIE INSURANCE GROUP,<br>    Defendant | )<br>)   ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL

Plaintiff Jacquelyn F. Ewing, by her attorneys, Kraemer, Manes & Associates, LLC, and defendant Erie Insurance Group, more properly known as Erie Indemnity Company d/b/a Erie Insurance Group, by its attorneys, MacDonald, Illig, Jones & Britton LLP, hereby stipulate as follows pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure:

1. Plaintiff Jacquelyn F. Ewing hereby dismisses, with prejudice, all claims against defendant Erie Insurance Group, more properly known as Erie Indemnity Company d/b/a Erie Insurance Group.

2. Each party shall bear her/its own court costs, attorneys' fees and expenses.

Respectfully submitted,

/s/ Prabhu Narahari
Prabhu Narahari
PA ID 323895
Sean L. Ruppert
PA ID 314380
Kraemer, Manes & Associates, LLC
600 Grant Street, Suite 4875
Pittsburgh, PA 15219
(412)626-5588
pn@lawkm.com

Attorneys for Plaintiff,
Jacquelyn F. Ewing


/s/ Lisa Smith Presta
Lisa Smith Presta
PA ID 65527
Jamie R. Schumacher
PA ID 318873
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7656
lpresta@mijb.com

Attorneys for Defendant,
  Erie Insurance Group, more properly known as
  Erie Indemnity Company d/b/a Erie Insurance
  Group

It is so ordered.

_Susan Paradise Baxter_
United States District Judge